**Petition for Writ of Habeas Corpus Denied and Memorandum Opinion filed November 12, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00901-CV

### IN RE THOMAS GUTIERREZ, JR., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-18031**

---

### MEMORANDUM OPINION

On November 7, 2014, relator Thomas Gutierrez, Jr. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator claims the underlying contempt order is void and requests that he be discharged from confinement.

Relator has not provided a sufficient record and, therefore, has not shown that he is entitled a writ of habeas corpus. *See* Tex. R. App. P. 52.3(k)(1)(A), (D);

*id.* 52.7(a)(1). Accordingly, we deny relator's petition for writ of habeas corpus. We also deny relator's motion for emergency relief.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.